UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.

_____/

## NOTICE OF APPEARANCE AS DEFENSE COUNSEL

Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Defendant, Nomi Health, Inc., SBP Staffing and recruiting LLC., SB Port ventures, LLC., and Trixie Belo-Osagie, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 14th day of April 2023.

s/ Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Defendant(s)*