UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC., SB PORT VENTURES LLC, SBP STAFFING AND RECRUITING LLC,

    Defendants.
_____/

## NOTICE OF STRIKING ECF NO. 4

Plaintiffs' counsel, Craig Burey, notices the Court and all parties of their striking the Notice of Appearance [ECF No. 4], as having been filed in error. Plaintiffs' counsel inadvertently filed their Notice of Appearance as counsel for the Defendants. The notice of appearance is intended for Toussaint Cummings, Esq., on behalf of the plaintiff, Craig Burey.

Respectfully submitted this 21st day of April 2023.

    /s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave.
    Suite 770
    Coral Gables, FL 33146
    Tel: 305.230.4884
    *Counsel for Plaintiff*