# RETURN OF SERVICE

SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)

Case Number: 1:23-CV-21378

Plaintiff:
**CRAIG BUREY**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 12th day of April, 2023 at 3:57 pm to be served on **NOMI HEALTH, INC. c/o CT CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Ernesto Avila, do hereby affirm that on the **14th day of April, 2023** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Donna Moch, section head of process service** as **Authorized Empolyee Of Registered Agent** for **NOMI HEALTH, INC.**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023000736