**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:23-CV-21378-RUIZ/BECERRA**

CRAIG BUREY,

        Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELLO-OSAGIE,

        Defendants.

**DEFENDANT NOMI HEALTH, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nomi Health, Inc. hereby submits this Corporate Disclosure Statement and Certificate of Interested Parties.

Nomi states that it has no corporate parent. No publicly held corporation owns 10% or more of Nomi's stock.

Nomi further identifies the following interested parties:

1. Criag Burey;

2. FairLaw Firm;

3. Brian H. Pollock, Esq.;

4. Toussaint Cummings, Esq.;

5. SBP Staffing and Recruiting LLC;

6. SB Port Ventures LLC;

7. Trixie Bello-Osagie;

8. Any counsel who appears for SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and/or Trixie Bello-Osagie;

9. Nomi Health, Inc.;

10. Seyfarth Shaw LLP; and

11. Andrew M. McKinley, Esq.

Respectfully submitted this 5th day of May 2023.

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant Nomi Health, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 5, 2023, I filed the foregoing via CM/ECF, which served a copy of the same on all counsel of record.

<i>/s/ Andrew M. McKinley</i><br>
Andrew M. McKinley