UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC., SB PORT
VENTURES LLC, SBP STAFFING
AND RECRUITING LLC AND
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, SB PORT VENTURES

Plaintiff, Craig Burey, files the Return of Service on Defendant, SB Port Ventures., (served on May 2, 2023).

Dated this 10th day of May 2023.

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq.
                                    Fla. Bar No. 174742
                                    brian@fairlawattorney.com
                                    **FAIRLAW FIRM**
                                    135 San Lorenzo Avenue
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel:    305.230.4884
                                    *Counsel for Plaintiff*