## RETURN OF SERVICE

SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)

Case Number: 1:23-CV-21378

Plaintiff:
**CRAIG BUREY**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 12th day of April, 2023 at 3:57 pm to be served on **SB PORT VENTURES LLC c/o MDO CORPORATE SERVICES LLC, its Registered Agent, 175 S.W. 7 Street, Suite 1900, Miami, FL 33130**.

I, Joseph Onega, do hereby affirm that on the **2nd day of May, 2023** at **11:45 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Maria Fernandez, front desk clerk** as **Authorized Employee Of Registered Agent** for **SB PORT VENTURES LLC**, at the address of: **175 S.W. 7 Street, Suite 1900, Miami, FL 33130**, and informed said person of the contents therein, in compliance with Florida statute 48.062.

**Additional Information pertaining to this Service:**
4/14/2023  11:56 am  Attempted service at 175 S.W. 7 Street, Suite 1900, Miami, FL 33130. This is an office suite. I can see through the glass door. No one was present. The lights were off.
4/18/2023  10:28 am  Attempted service at 175 S.W. 7 Street, Suite 1900, Miami, FL 33130. The door is locked. No answer and I do not see anyone present inside. The management office has no Information.
4/21/2023  4:08 pm  Attempted service at 175 S.W. 7 Street, Suite 1900, Miami, FL 33130. The door is locked and no one is present. I left a contact card on the door. The neighbor has no information.
4/26/2023  1:07 pm  Attempted service at 175 S.W. 7 Street, Suite 1900, Miami, FL 33130. The door is locked and no one is inside. My contact card is gone.
5/2/2023  11:45 am  I served Maria Fernanda Bonilla, front desk clerk. This is a shared office. MDO CORPORATE SERVICES, LLC rents a space here but they are not here. I spoke to Maria over a camera at the front desk. She told me she is in a training and cannot leave but she accepts legal documents for MDO. I checked MDO's office and it is empty. I left the summons on the front counter per Maria direction.

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

_____
**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023000738

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c