**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-21378-RAR**

**CRAIG BUREY**,

      Plaintiff,

v.

**NOMI HEALTH, INC., SBP STAFFING**
**AND RECRUITING LLC, SB PORT**
**VENTURES LLC, TRIXIE BELO-OSAGIE,**

      Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*.  The record indicates that Defendants Nomi Health, Inc., SBP Staffing and Recruiting LLC, and SB Port Ventures LLC have been served with process.  *See* Notices of Service of Process [ECF Nos. 7, 11, 12].  However, no proof of service has been filed for the other Defendant in this matter, Trixie Belo-Osagie.  Defendant Nomi Health has already filed an Answer and Affirmative Defenses to the Complaint.  [ECF No. 8].  To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendants SBP Staffing and Recruiting and SB Port Ventures shall not file a response until the remaining Defendant, Trixie Belo-Osagie, has been served with process.  After the remaining Defendant has been served, Defendants SBP Staffing and Recruiting, SB Port Ventures, and Trixie Belo-Osagie shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond.  Defendant Nomi Health's Answer and Affirmative Defenses shall not be impacted by this Order.  Plaintiff shall promptly file a return of service after serving the remaining Defendant.

**DONE AND ORDERED** in Miami, Florida, this 10th day of May, 2023.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**