IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

        Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE,

        Defendants.

## [PROPOSED] ORDER ON JOINT MOTION TO EXTEND THE DEADLINE TO FILE A JOINT SCHEDULING REPORT

        This matter comes before the Court on Plaintiff Craig Burey and Defendant Nomi Health, Inc.'s Joint Motion to Extend the Deadline to File a Joint Scheduling Report. Upon due consideration and for good cause shown, the motion is **GRANTED**. The Parties shall submit their joint scheduling report within 14 days of Defendants SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagie filing their response to Plaintiff's Complaint.

        **DONE AND ORDERED** this _____ day of _____ 2023.

                                                         _____
                                                          **RODOLFO A. RUIZ II**
                                                          **UNITED STATES DISTRICT JUDGE**