**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-21378-RAR**

CRAIG BUREY,

       Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING
AND RECRUITING LLC, SB PORT
VENTURES LLC and TRIXIE BELO-
OSAGIE,

       Defendants.
_____/

**ORDER GRANTING DEFENDANT SBP STAFFING AND RECRUITING LLC AND SB PORT VENTURES LLC'S UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE THEIR RESPONSES TO PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before the Court on Defendants, SBP Staffing and Recruiting LLC ("Defendant SBP") and SB Port Ventures LLC's ("Defendant SB Port") motion for a one-week extension of time to file their responses to Plaintiff's Complaint ("Motion"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

Defendants SBP and SB Port's Motion is hereby **GRANTED**. Defendants SBP and SB Port shall have up to, and including, May 30, 2023, to file their responses to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers, Miami, Florida this _____ day of May, 2023.

                                                                                _____
                                                                                RODOLFO A. RUIZ II
                                                                                United States District Judge

Copies furnished to all counsel of record

#50482059 v1