UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21378-RAR

CRAIG BUREY,

      Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC and TRIXIE BELO-OSAGIE,

      Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW, Marlene Quintana, Esquire, and hereby files this Notice of Appearance on behalf of Defendants, SBP Staffing and Recruiting, LLC and SB Port Ventures LLC, in connection with the above-styled cause and respectfully requests that copies of all pleadings, motions, notices and orders be served upon the undersigned counsel.

Respectfully submitted this 31st day of May, 2023.

Respectfully submitted,

**GRAYROBINSON, P.A.**

*/s/ Marlene Quintana*
Marlene Quintana, B.C.S.
Florida Bar No. 88358
marlene.quintana@gray-robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
fabian.ruiz@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887
*Counsel for Defendants SBP Staffing and Recruiting LLC and SB Port Ventures LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Marlene Quintana*
*Counsel for Defendants SBP Staffing and Recruiting LLC and SB Port Ventures LLC*
