UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21378-RAR

**CRAIG BUREY**,

    Plaintiff,

v.

**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, TRIXIE BELO-OSAGIE,**

    Defendants.
_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On April 12, 2023, Plaintiff filed its Complaint [ECF No. 1]. Plaintiff has filed Proofs of Service for three of the four named Defendants. *See* [ECF Nos. 7, 11, 12]. However, to date, there is no indication in the court file that Defendant Trixie Belo-Osagie has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 12, 2023**, Plaintiff shall perfect service upon Defendant Trixie Belo-Osagie, or show good cause as to why this action should not be dismissed as to Defendant Trixie Belo-Osagie for failure to perfect service of process. Failure to file proof of service or show good cause by **July 12, 2023**, will result in a dismissal of Defendant Trixie Belo-Osagie without further notice.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE