UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21378-RAR

**CRAIG BUREY**,

    Plaintiff,

v.

**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, TRIXIE BELO-OSAGIE,**

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On May 30, 2023, the Court issued an Order to Perfect Service ("Order"), [ECF No. 19], requiring Plaintiff to serve Defendant Trixie Belo-Osagie with a summons and Complaint and furnish the Court with proof of service by July 12, 2023. The Order cautioned Plaintiff that failure to file proof of service or show good cause by July 12, 2023 would result in a dismissal of Defendant Trixie Belo-Osagie without prejudice without further notice. Plaintiff has not complied with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal of Defendant Trixie Belo-Osagie will result in a statute of limitations bar to re-filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Trixie Belo-Osagie is **DISMISSED** from this case *without prejudice*.

**DONE AND ORDERED** in Miami, Florida this 17th day of July, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE