UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC., SB PORT VENTURES LLC, SBP STAFFING AND RECRUITING LLC,

    Defendants.
_____/

## PROPOSED SCHEDULE

This MATTER is set for jury trial for the week of September 16, 2024. The Parties propose to adhere to the following schedule:

| Date | Description |
|---|---|
| September 5, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt of new or revised information. |
| October 28, 2023 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| November 13, 2023 | The Parties shall file motions to amend pleadings or join Parties |
| February 10, 2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| March 11, 2024 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| April 12, 2024 | The Parties shall complete all discovery, including expert discovery. |
| April 26, 2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| May 14, 2024 | The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include |

|  | additional pages. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. |
|---|---|
| July 23, 2024 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e), Exhibit and Witness lists, and final proposed jury instructions. |
| July 23, 2024 | The Parties shall file all *motions in limine*. Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification. |
| September 11, 2024 | Any party may submit up to five proposed, case-specific questions to be included in the questionnaire. The proposed questions must be filed with the Court on or before Calendar Call and must also be submitted to the Court, in Word format, via e-mail to ruiz@flsd.uscourts.gov. |

Dated this 21st day of August 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

s/Andrew M. McKinley, Esq.
Andrew M. McKinley, Esq. (122069)
amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309
Tel:  404.885.1500
*Counsel for Defendant, Nomi Health, Inc.*

s/Fabian A. Ruiz, Esq.
Marlene Quintana, B.C.S. (88358)
marlene.quintana@gray-robinson.com
Fabian A. Ruiz, Esq. (117928)
fabian.ruiz@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Tel: (305) 416-6880
*Counsel for Defendants SBP Staffing and Recruiting LLC and SB Port Ventures LLC*