UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC.,SBP STAFFING AND RECRUITING LLC,SB PORT VENTURES LLC, ANDTRIXIE BELO-OSAGIE,

    Defendants.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Craig Burey, in this action.

Dated this 24th day of August 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*