**BUREY OVERTIME WORKSHEET**

| Weekly Dates | OT Hours | Rate | OT Rate | Total OT Owed |
|---|---|---|---|---|
| **2022** | | | | |
| 3/14 - 3/20-22 | 2 | $55.00 | $27.50 | $ 55.00 |
| 3/21 - 3/27/22 | 13.5 | $55.00 | $27.50 | $ 371.25 |
| 3/28 - 4/3/22 | 13 | $55.00 | $27.50 | $ 357.50 |
| 4/4 - 4/10/22 | 12.5 | $55.00 | $27.50 | $ 343.75 |
| 4/11 - 04/17/22 | 12.75 | $55.00 | $27.50 | $ 350.63 |
| 4/18 - 04/24/22 | 13.25 | $55.00 | $27.50 | $ 364.38 |
| 4/25 - 05/01/22 | 13.25 | $55.00 | $27.50 | $ 364.38 |
| 5/02 - 05/08/22 | 13.25 | $55.00 | $27.50 | $ 364.38 |
| 5/16 - 05/22/22 | 3 | $55.00 | $27.50 | $ 82.50 |
| 5/30 - 06/05/22 | 0.25 | $55.00 | $27.50 | $ 6.88 |
| | 96.75 | | | $ 2,660.63 |
| | | | | |
| 7/04 - 07/10/22 | 0.25 | $55.00 | $27.50 | $ 6.88 |
| 7/11 - 07/17/22 | 0.25 | $55.00 | $27.50 | $ 6.88 |
| 8/01 - 08/07/22 | 1.5 | $55.00 | $27.50 | $ 41.25 |
| 10/24 - 10/30/22 | 0.08 | $45.00 | $22.50 | $ 1.80 |
| 11/28 - 12/04/22 | 0.17 | $45.00 | $22.50 | $ 3.83 |
| 12/05 - 12/11/22 | 0.12 | $45.00 | $22.50 | $ 2.70 |
| 12/12 - 12/18/22 | 0.33 | $45.00 | $22.50 | $ 7.43 |
| 12/19 - 12/25/22 | 0.55 | $45.00 | $22.50 | $ 12.38 |
| | 3.25 | | | $ 83.13 |
| | | | | |
| **2023** | | | | |
| 1/09 - 01/15/23 | 10.98 | $45.00 | $22.50 | $ 247.05 |
| 1/16 - 01/22/23 | 0.65 | $45.00 | $22.50 | $ 14.63 |
| 1/23 - 01/29/23 | 10.75 | $45.00 | $22.50 | $ 241.88 |
| 1/30 - 02/05/23 | 10.72 | $45.00 | $22.50 | $ 241.20 |
| 2/06 - 02/12/23 | 10.8 | $45.00 | $22.50 | $ 243.00 |
| 2/13 - 02/19/23 | 0.78 | $45.00 | $22.50 | $ 17.55 |
| 2/27 - 03/05/23 | 1.28 | $45.00 | $22.50 | $ 28.80 |
| 3/13 - 03/19/23 | 2.67 | $45.00 | $22.50 | $ 60.08 |
| 3/27 - 04/02/23 | 1.97 | $45.00 | $22.50 | $ 44.33 |
| | 50.6 | | | $ 1,138.50 |
| | | | | |
| | | | | $ 3,882.26 |