UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Craig Burey, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)  Craig Burey – Plaintiff;

    b)  Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)  Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    d)  Nomi Health, Inc. – Defendant;

    e)  SBP Staffing and Recruiting, LLC – Defendant;

    f)  SB Port Ventures LLC – Defendant;

    g)  Trixie Belo-Osagie (owner of SBP Defendants);

    h)  Andrew M. Mckinley, Esq. – counsel for Defendant– Nomi Health, Inc;

1

      i)      Alex W. Simon, Esq. – counsel for Defendant, Nomi Health, Inc.

      j)      Seyfarth Shaw LLP. – counsel for Defendant– Nomi Health, Inc;

      k)      Marlene Quintana, Esq. – counsel for Defendants – SBP Staffing and Recruiting LLC and SB Port Ventures LLC;

      l)      Fabian A. Ruiz, Esq. – counsel for Defendants – SBP Staffing and Recruiting LLC and SB Port Ventures LLC;

      m)      Gray Robinson, P.A – counsel for Defendants – SBP Staffing and Recruiting LLC and SB Port Ventures LLC.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiff, Craig Burey.

**5.** **Check one of the following:**

    _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                        -or-

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated this 29th day of August 2023.

                                                Respectfully submitted,

                                                <u>Brian H. Pollock, Esq.</u>
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Ave.
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:     305.230.4884
                                                *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*