UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-21378-RAR

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH FLSA ORDER

Plaintiff Craig Burey notices the Court and all parties that he complied with the Court's FLSA Order by the exchange of all documents in the possession, custody, or control that pertains to the unpaid wages claimed in the complaint.

Dated this 1st day of September 2023.

                                                s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq.
                                                Fla. Bar No. 174742
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com