UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC., SB PORT VENTURES LLC, SBP STAFFING AND RECRUITING LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Craig Burey, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 11th day of September 2023.

                    Brian H. Pollock, Esq.
                    Brian H. Pollock, Esq. (174742)
                    brian@fairlawattorney.com
                    FAIRLAW FIRM
                    135 San Lorenzo Avenue
                    Suite 770
                    Coral Gables, FL 33146
                    Tel:   305.230.4884
                    *Counsel for Plaintiff*