UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21378-RAR

CRAIG BUREY,

        Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC and TRIXIE BELO-OSAGIE,

        Defendants.
_____/

**JOINT MOTION FOR *IN CAMERA* REVIEW AND
APPROVAL OF FLSA SETTLEMENT AGREEMENT**

Plaintiff, Craig Burey ("Plaintiff") and Defendants, Nomi Health, Inc., SBP Staffing and Recruiting LLC, and SB Port Ventures LLC (collectively "Defendants"), respectfully move the Court to review the parties' settlement agreement *in camera* and for an Order approving the parties' settlement agreement pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982) without the need for a hearing regarding the same. The parties agree to provide the Honorable Judge Rodolfo A. Ruiz II the parties' executed settlement agreement via e-mail, or whatever confidential method the Court prefers, in order to facilitate the Court's review of the same. Should the Court also necessitate a fairness hearing regarding the parties' settlement agreement, the parties respectfully move for an Order setting a Telephonic Approval Hearing.

Dated: October 11, 2023

<div style="display: flex;">

<div>

*/s/* Brian H. Pollock
Brian H. Pollock
Fla. Bar No. 174742
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Fax: (305) 230-4844
*Counsel for Plaintiff*

</div>

<div>

*/s/* Fabian A. Ruiz
Marlene Quintana, B.C.S.
Florida Bar No. 88358
marlene.quintana@gray-robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
fabian.ruiz@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Counsel for Defendants SBP Staffing and Recruiting LLC and SB Port Ventures LLC*

*/s/* Andrew M. McKinley
Andrew M. McKinley
Florida Bar No. 122069
amckinley@seyfarth.com
1075 Peachtree Street, NE Suite 2500
Atlanta, GA 30309-3962
Telephone: (404) 704-9665
Facsimile: (404) 892-7056
*Counsel for Defendant Nomi Health, Inc.*

</div>

</div>