UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21378-RAR

CRAIG BUREY,

    Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC and TRIXIE BELO-OSAGIE,

    Defendants.

_____/

**ORDER GRANTING THE PARTIES'** ***JOINT*** **MOTION FOR** ***IN CAMERA*** **REVIEW AND APPROVAL OF FLSA SETTLEMENT AGREEMENT**

THIS CAUSE having come before the Court on the parties' Joint Motion for *In Camera* Review and Approval of FLSA Settlement Agreement, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the parties shall submit a copy of the parties' executed settlement agreement to the Judge Rodolfo A. Ruiz II's Chambers via the e-mail address provided in the CM/ECF Administrative Procedures, in order for Judge Ruiz to review and approve the parties' settlement agreement pursuant to *Lynn's Food Stores*.

DONE AND ORDERED in Chambers, in Miami, Florida, this ___ day of _____, 2023.

                                                    _____
                                                  HONORABLE RODOLFO A. RUIZ II
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record