UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SB PORT VENTURES LLC,
SBP STAFFING AND RECRUITING LLC,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same, the Settlement Agreement *in camera*, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED**.
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 30 days for the purpose of enforcing the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers at Miami, Florida this ____ day of October 2023.

                                              _____
                                              HONORABLE RODOLFO A. RUIZ II
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*