# EXHIBIT B

# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Craig Burey
[redacted]

## INVOICE

**Open (Not Sent)**

| | |
|---|---|
| **Invoice #** | 544 |
| **Invoice Date:** | 10/31/2023 |
| **Due Date:** | 11/30/2023 |

Amount due
14,850.55

**Services**

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 2/17/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Initial intake with Mr. Burey; discuss his claim, what to expect, and review sign-up procedures (instructed to hold off on filing suit) | 1.00 | 500.00 |
| 2/24/2023 | Brian H. Pollock Esq. | Draft/revise | Drafted preservation letter to client, instructing him on what to keep and why | 0.30 | 150.00 |
| 2/27/2023 | Bridget Obando | Receipt, Review, and Analysis | Receipt, review, and organize documents sent by client. | 1.00 | 150.00 |
| 4/7/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze 2021 SBP independent contractor agreement provided by client. | 0.40 | 150.00 |
| 4/7/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze 2022 SBP independent contractor agreement provided by client. No arbitration clause. | 0.30 | 112.50 |
| 4/12/2023 | Brian H. Pollock Esq. | Draft/revise | Review the spreadsheet provided by Mr. Burey and the MTD filed in the Brightaupt case (to try and avoid facing the same arguments) and then revise the Complaint to address issues raised by each; then, revise the Summonses and Civil Coversheet | 1.20 | 600.00 |
| 4/12/2023 | Bridget Obando | Draft/revise | Draft summons for Nomi Health. | 0.20 | 30.00 |
| 4/12/2023 | Bridget Obando | Draft/revise | Draft Summons for SB Port Ventures. | 0.20 | 30.00 |
| 4/12/2023 | Bridget Obando | Draft/revise | Draft SBP Staffing. | 0.20 | 30.00 |
| 4/12/2023 | | Paralegal | Draft summons for Trixie Belo-Osagie | 0.20 | 30.00 |
| 4/12/2023 | | Paralegal | Conduct research on Sunbiz to obtain addresses at which to serve each Defendant | 0.40 | 60.00 |
| 4/12/2023 | Bridget Obando | Draft/revise | Draft Civil Cover Sheet. | 0.20 | 30.00 |
| 4/12/2023 | | Paralegal | Receipt, analyze, and organize summons issued to all defendants. | 0.30 | 45.00 |
| 4/12/2023 | | Paralegal | Email summons to Process Server with instructions for service. | 0.10 | 15.00 |
| 4/12/2023 | | Paralegal | Organize additional information provided by client and incorporate into our file | 0.30 | 45.00 |
| 4/13/2023 | Bridget Obando | Draft/revise | Draft notice of appearance for toussaint. | 0.20 | 30.00 |
| 4/13/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft letter to client to advise of the filing of the Complaint, enclosing a copy of same, and what to expect in the case. (to be sent by email to him) | 0.50 | 250.00 |
| 4/17/2023 | Ashley Hahn | Draft/revise | Draft Notice of Return of Service Nomi Health | 0.20 | 30.00 |
| 4/20/2023 | Bridget Obando | Draft/revise | Fix notice of filing return of service for Nomi Health. | 0.20 | 30.00 |
| 4/21/2023 | Ashley Hahn | Draft/revise | Draft Notice of striking NOA | 0.20 | 30.00 |
| 4/21/2023 | Bridget Obando | Draft/revise | Draft amended notice of appearance for toussaint. | 0.20 | 30.00 |
| 4/21/2023 | Bridget Obando | Paralegal | Discuss case with Ashley in regards to correcting errors in filing. | 0.20 | 30.00 |
| 4/21/2023 | Bridget Obando | Email Communication | Follow up email to process server regarding service. | 0.10 | 15.00 |
| | Toussaint M. | | | | |

| Date | Staff | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/25/2023 | Toussaint M. Cummings, Esq. | Email with Client | Read and respond to email from client. | 0.20 | 75.00 |
| 4/25/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Brief analysis of spreadsheet of pay and job assignments provided by client. | 0.20 | 75.00 |
| 4/28/2023 | Ashley Hahn | Email with Client | Communication with client to discuss the complaint | 0.20 | 30.00 |
| 5/1/2023 | Toussaint M. Cummings, Esq. | Email with Client | Read and respond to emails from client. | 0.30 | 112.50 |
| 5/4/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email exchange with process server for returns of service on SBP. | 0.20 | 75.00 |
| 5/4/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze returns of service on SBP Staffing, SB Port and non service on Trixie. | 0.30 | 112.50 |
| 5/4/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call with client. | 0.50 | 187.50 |
| 5/5/2023 | Toussaint M. Cummings, Esq. | Email with Client | email to client. | 0.10 | 37.50 |
| 5/8/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Order at ECF 10 requiring joint scheduling report. | 0.10 | 37.50 |
| 5/8/2023 | Bridget Obando | Receipt, Review, and Analysis | Go through case file and put in all expenses on case receipt and analyze all affidavits for 4 defendants. | 0.50 | 75.00 |
| 5/8/2023 | | Draft/revise | Draft notice of filing the ROS for SBP Staffing. | 0.20 | 30.00 |
| 5/8/2023 | | Draft/revise | Draft notice of filing the ROS for SB Port Ventures. | 0.20 | 30.00 |
| 5/8/2023 | | Draft/revise | Draft notice of filing the ROS for Trixie Bela-Osagie. | 0.20 | 30.00 |
| 5/8/2023 | Bridget Obando | Receipt, Review, and Analysis | Receipt and analyze case order. | 0.20 | 30.00 |
| 5/8/2023 | Bridget Obando | Draft/revise | Draft joint scheduling report. | 0.60 | 90.00 |
| 5/8/2023 | Bridget Obando | Draft/revise | Draft proposed order. | 0.30 | 45.00 |
| 5/12/2023 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 150.00 |
| 5/12/2023 | Bridget Obando | Draft/revise | Draft certificate of interested parties. | 0.30 | 45.00 |
| 5/16/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Order Requiring Combined Responses at ECF 13. | 0.10 | 37.50 |
| 5/16/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email to process server to attempt service on Trixie at different address. | 0.10 | 37.50 |
| 5/16/2023 | Brian H. Pollock Esq. | Draft/revise | Begin drafting rule 26 disclosures. | 0.30 | 150.00 |
| 5/17/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call with Steve, process server. | 0.20 | 75.00 |
| 5/21/2023 | Toussaint M. Cummings, | Receipt, Review, and Analysis | Analyze paperless order at ECF15 granting motion for extension of time to file scheduling report. | 0.10 | 37.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/22/2023 | Bridget Obando | Receipt, Review, and Analysis | Conduct file audit and clear tasks. | 0.20 | 30.00 |
| 5/22/2023 | Bridget Obando | Email Communication | Email exchange with arbitrator. | 0.20 | 30.00 |
| 5/23/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call with opposing counsel Fabian Ruiz re: extension of time to respond to complaint. | 0.20 | 75.00 |
| 5/23/2023 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to email from Fabian Ruiz re extension of time to respond. | 0.20 | 75.00 |
| 5/24/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze paperless order at ECF 17 denying SBP's motion for extension of time to respond to complaint. | 0.10 | 37.50 |
| 5/24/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email to opposing counsel re order denying motion for extension of time. | 0.10 | 37.50 |
| 6/2/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze order to perfect service on Belo Osagie at ECF 19. | 0.10 | 37.50 |
| 6/5/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze client's financial documents to calculate claim for damages. | 1.40 | 525.00 |
| 6/5/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Calculate damages based on financial documents. | 0.40 | 150.00 |
| 6/5/2023 | Toussaint M. Cummings, Esq. | Email with Client | Email to client. | 0.30 | 112.50 |
| 6/6/2023 | Toussaint M. Cummings, Esq. | Email with Client | Read and respond to email from client. | 0.40 | 150.00 |
| 6/6/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze time sheets of client's work schedule for 2022 and 2023. | 0.90 | 337.50 |
| 6/6/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call to Marlene Quintana. | 0.10 | 37.50 |
| 6/6/2023 | Bridget Obando | Email Communication | Email to Steve regarding service. | 0.10 | 15.00 |
| 6/6/2023 | Bridget Obando | Receipt, Review, and Analysis | Bates stamp all documents to turn over for demand letter. | 0.60 | 90.00 |
| 6/7/2023 | Toussaint M. Cummings, Esq. | Email Communication | Send demand to defendants. | 0.30 | 112.50 |
| 8/7/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review file to determine future needs; then, draft written memo re: same | 0.20 | 100.00 |
| 8/7/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of SBP and SB Port's Answer and (13) Affirmative Defenses | 1.00 | 500.00 |
| 8/9/2023 | Steffany Sanguino | Paralegal | Drafted the Join Schedule Report and Proposed Scheduling Order | 0.70 | 115.50 |
| 8/11/2023 | Steffany Sanguino | Paralegal | The joint Scheduling Report and Proposed Schedule were emailed to OCs'. | 0.10 | 16.50 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/21/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange emails re: the proposed Joint Scheduling Report and proposed Scheduling Order, the opposition's requests, and then have a conference call to discuss and agree upon the documents to be submitted to the Court | 1.30 | 650.00 |
| 8/22/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Court's Order in Actions Brought Under The FLSA | 0.20 | 100.00 |
| 8/23/2023 | Steffany Sanguino | Paralegal | I put a timesheet together for the overtime the client is owed. | 1.03 | 169.95 |
| 8/23/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Paperless Order RE: Procedures to Set Settlement Conference | 0.20 | 100.00 |
| 8/24/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Order Setting Jury Trial | 0.40 | 200.00 |
| 8/24/2023 | Steffany Sanguino | Paralegal | I emailed the client requesting his witnesses and approval on the amount we gathered based on what he is owed for overtime. | 0.10 | 16.50 |
| 8/25/2023 | Toussaint M. Cummings, Esq. | Draft/revise | draft N/Dissociation of Counsel | 0.20 | 75.00 |
| 8/28/2023 | Steffany Sanguino | Paralegal | I called the client to f.u with his approval on the overtime spreadsheet and his witnesses. no. a left a v.m | 0.10 | 16.50 |
| 8/28/2023 | Steffany Sanguino | Paralegal | Drafted the statement of claim. | 0.40 | 66.00 |
| 8/28/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise the proposed Statement of Claim for Mr. Burey | 0.30 | 150.00 |
| 8/29/2023 | Steffany Sanguino | Paralegal | Revise and file the Statement of Claim with the Overtime Worksheet (and modify same to be accepted by the court). | 0.30 | 49.50 |
| 8/29/2023 | Steffany Sanguino | Paralegal | Certificate of Interested Parties has been drafted | 0.40 | 66.00 |
| 8/29/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise and approve the proposed Certificate of Interested Parties | 0.20 | 100.00 |
| 8/29/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise and finalize the proposed Statement of Claim for Mr. Burey | 0.20 | 100.00 |
| 8/30/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of email from Mr. Ruiz conveying offer of $---------, considering Mr. Burey's claim and the fees/costs incurred | 0.10 | 50.00 |
| 8/31/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review file and compile additional documents to be shared with defense counsel as supportive of our Statement of Claim after analyzing the significant amount of documentation and materials that Mr. Burey has in relation to the issue of control | 0.70 | 350.00 |
| 8/31/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft email to Mr. Ruiz responding to the offer and basis for same - which included Mr. Burey working as both a 1099 and W-2 employee while performing the same job duties, with the only difference being his employment classification | 0.20 | 100.00 |
| 9/1/2023 | Steffany Sanguino | Paralegal | Combined and bate stamped the responsive documents, created a Dropbox link with a password, and provided it to OCs'. Notice of Compliance has been drafted and filed. | 1.50 | 247.50 |
| 9/6/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange multiple emails with Mr. Burey re: our evaluation of his case and basis for same, his requests for clarification and the additional information provided, our responses, his thoughts on potential defense issues, and settlement negotiations | 1.10 | 550.00 |
| 9/8/2023 | Brian H. Pollock Esq. | Teleconference with | T/c with Mr. McKinley re: the potential to resolve Mr. Burey's case and particulars for same | 0.30 | 150.00 |
| 9/21/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review and then revise the proposed Settlement Agreement and then respond with email enclosing same | 1.00 | 500.00 |
| | | | Phone call with client regarding upcoming deposition (in | | |

| Date | Attorney | Category | Description | Hours | Total |
|---|---|---|---|---|---|
| 10/2/2023 | Luna Alvey Esq. | Phone Call | Brightaupt case) to discuss the significance of the settlement agreement and confirm he did not intend to go back to the settlement of our (this) case | 0.60 | 240.00 |
| 10/4/2023 | Luna Alvey Esq. | Phone Call | Phone call with client regarding deposition (in Brightaupt case) | 0.20 | 80.00 |
| 10/4/2023 | Luna Alvey Esq. | Attendance at | Attendance at Craig Burey's deposition (in Brightaupt case) to ensure he did not violate the confidentiality terms of the settlement agreement for this/our case | 4.30 | 1,720.00 |
| 10/9/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange emails with Mr. Ruiz re: status of the fully executed settlement agreement | 0.20 | 100.00 |
| 10/11/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt of proposed M/In Camera Inspection and Order Granting | 0.30 | 150.00 |
| 10/11/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft proposed Joint Motion to Approve and proposed Order Granting and email same to Mr. McKinley with my proposed revision for how to handle the approval process; then, speak with him re: same | 1.20 | 600.00 |
| 10/11/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Finalize the proposed Motion to Approve, Order, and draft email to Judge Ruiz enclosing the proposed Orders | 0.30 | 150.00 |
| 10/13/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt of Order Denying M/Settlement Approval and t/c with Mr. McKinley re: same | 0.40 | 200.00 |
| 10/17/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise the proposed Settlement Agreement to remove the non-disparagement provisions and then t/c with Mr. Ruiz to discuss same before circulating email enclosing the Revised Settlement Agreement | 0.70 | 350.00 |
| 10/27/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review of the proposed, revised Settlement Agreement and Renewed M/Approve and t/c with Mr. McKinley re: same | 0.50 | 250.00 |

**Services Subtotal: 14,258.95**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 4/12/2023 | FairLaw Firm | Filing Fee - Federal Court | Complaint filed in Federal court. | 402.00 |
| 5/8/2023 | FairLaw Firm | Affidavit of Service | Return of service for SB Port Ventures #2023000738 Miami PSPI. | 47.40 |
| 5/8/2023 | FairLaw Firm | Affidavit of Service | Return of service for SBP Staffing & Recruiting #2023000737 Miami PSPI. | 47.40 |
| 5/8/2023 | FairLaw Firm | Affidavit of Service | Return of service for Trixie #2023000739 Miami PSPI. | 47.40 |
| 5/8/2023 | FairLaw Firm | Affidavit of Service | Return of service for Nomi Health #2023000736 Miami PSPI. | 47.40 |

**Expenses Subtotal:  591.60**

Notes:

**Total: 14,850.55**

Please make all amounts payable to: FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Thank you for your business.

balance of any non-refundable retainer held in the firm's operating account. After that non-refundable retainer is exhausted, FairLaw Firm will then pay any remaining balance on this invoice with the funds held in FairLaw Firm's IOTA Trust Account. Any remaining invoice balance that cannot be satisfied by funds deposited with the firm must to be paid within 7 days from the date of this. **The failure to timely pay each invoice will result in the remaining balance on this invoice accruing interest at a rate of 18% per annum plus payment of our attorneys' fees and costs incurred in collection of this invoice.**