NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21378-RUIZ/BECERRA

CRAIG BUREY,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SB PORT VENTURES LLC,
SBP STAFFING AND RECRUITING LLC,

    Defendants.
_____/

## ORDER GRANTING RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**THIS CAUSE** having been heard on the Renewed Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED.**
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE.**
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 30 days for the purpose of enforcing the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers at Miami, Florida this ____ day of November 2023.

                                                        _____
                                                        HONORABLE RODOLFO A. RUIZ II
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record by CM/ECF*